IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Malibu Media, LLC,                          :

        Plaintiff,                       :

     v.                                    :        Case No. 2:14-cv-420

                           :        JUDGE JAMES L. GRAHAM
John Doe,                                            Magistrate Judge Kemp

        Defendant.                       :

<u>ORDER</u>

With the agreement of the parties, the motion for a
protective order and to proceed anonymously (Doc. 9) is granted.
The identity of the party filing that motion shall, at this
point, be disclosed only to counsel for Plaintiff.  Should
service of process be made on that party, he or she may file an
answer under a pseudonym.  The Court will revisit the propriety
of these restrictions at the initial pretrial conference, should
one be held.


                         /s/ Terence P. Kemp
                         United States Magistrate Judge